IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GROSS, et al.,

       Plaintiffs,                No. 2: 12-cv-1152 KJN P

       vs.

JAMES D. HARTLEY, et al.,

       Defendants.            ORDER

          Plaintiffs, state prisoners proceeding without counsel, have filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In the complaint, plaintiffs allege violations of their civil rights by defendants. The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiffs' request to proceed in forma pauperis.

////

1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. This court has not ruled on plaintiffs' request to proceed in forma pauperis;

3     2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

5     3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: May 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gr1152.tra